**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASPER CROOK, | ) | NO. ED CV 14-1985-JVS (AS) |
|                Plaintiff, | ) | |
|        v. | ) | **JUDGMENT** |
| COUNTY OF SAN BERNADINO, et. al., | ) | |
|              Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 17, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE